In the Matter of the CITY OF UTICA, Respondent, against THE GEORGE F. WEAVER SONS COMPANY et al., Appellants.

(Argued April 29, 1932; decided May 13, 1932.)

*Irving K. Baxter* for appellants.

*J. Herbert Gilroy,* Corporation Counsel (*Anthony J. Sacco* of counsel), for respondent.

Appeal dismissed, with costs, on the ground that the order appealed from is not a final order; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.